**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 23-1833**

─────────────

In re:  MALCOLM A. JORDAN,

        Petitioner.

─────────────

On Petition for Writ of Mandamus to the United States District Court for the Eastern District of North Carolina, at Raleigh.

─────────────

Submitted:  September 28, 2023                    Decided:  October 2, 2023

─────────────

Before NIEMEYER, THACKER, and RUSHING, Circuit Judges.

─────────────

Petition denied by unpublished per curiam opinion.

─────────────

Malcolm A. Jordan, Petitioner Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

2

PER CURIAM:

Malcom A. Jordan petitions for a writ of mandamus, alleging that the district court has unduly delayed ruling on his amended 28 U.S.C. § 2241 petition.  He seeks an order from this court directing the district court to act.  Because there has been significant recent progress in the district court, the present record does not reveal undue delay.  Accordingly, we deny the mandamus petition.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*PETITION DENIED*